IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01255-AP

DEBRA M. RUH,

    Plaintiff,

v.

CAROLYN COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
K. Machelle Gielarowski
712 N. Tejon St., Ste.1
Colorado Springs, CO 80903
(719) 264-0729
(719) 328-1382 (facsimile)
giellaw@comcast.net

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

David I. Blower
Special Assistant United States Attorney
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed**: 5/13/13

   B. **Date Complaint Was Served on U.S. Attorney's Office**: 5/17/13

   C. **Date Answer and Administrative Record Were Filed**: 7/16/13

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

7. **OTHER MATTERS**

The parties state that there are no other matters.

8. **BRIEFING SCHEDULE**

Due to the fact that Claimant's counsel will be out of the country on vacation September 7-21, 2013, the parties propose deviating from the usual 40-30-15 day briefing schedule as follows:

   A. **Plaintiff's Opening Brief Due**: 10/11/13

   B. **Defendant's Response Brief Due**: 11/11/13

   C. **Plaintiff's Reply Brief (If Any) Due**: 11/26/13

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

B. **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. ( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 5th day of August, 2013.

BY THE COURT:

S/ John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

John F. Walsh
United States Attorney

s/ K. Machelle Gielarowski
712 N. Tejon St., Ste.1
Colorado Springs, CO 80903
(719) 264-0729
(719) 328-1382 (facsimile)
giellaw@comcast.net

Attorneys for Plaintiff

By: s/ *David I. Blower*
Special Assistant U.S. Attorney
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

Attorneys for Defendant